**Denied and Opinion Filed December 2, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00925-CV

### IN RE SHERRIE CASH, ET AL., Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07375**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Evans
Opinion by Justice Molberg

Relators' October 21, 2020 petition for writ of mandamus asks us to compel the trial court to vacate its order granting real parties in interest's motion to compel arbitration. Entitlement to mandamus relief requires relators to show both that the trial court has clearly abused its discretion and that they have no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Here, relators have failed to show that they lack an adequate remedy by appeal. *In re Adelphi Grp., Ltd.*, No. 05-16-01060-CV, 2016 WL 5266655, at *1 (Tex. App.—Dallas Sept. 22, 2016, orig. proceeding) (mem. op.) (adequate remedy exists if relator has failed to point to a statutorily expressed public policy that overrides the general principle that mandamus relief is unavailable for orders

compelling arbitration). Accordingly, we deny the petition for writ of mandamus. Having denied the petition, we also deny relators' motion for temporary stay as moot.

200925f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE